SYLVIA BUFANDA COURTNEY, SBN 85434
4517 Largo Cantata
Las Vegas, Nevada 89135
Telephone: (702) 240-2698
Facsimile: (702) 240-2697

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMSTERS LOCAL UNION #948, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>NATIONAL ASSOCIATION OF BUSINESS REPRESENTATIVES, <br><br>　　　　Defendant. | No.  2:06-CV-01524-WBS-GGH <br><br>AMENDED STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR FILING OF JOINT STATUS REPORT AND CONTINUING STATUS CONFERENCE <br><br>Date:  October 10, 2006 <br>Time:  9:00 a.m. <br>Dept:  Courtroom 5 <br><br>Hon. William B. Shubb |

　　　The parties to the above-entitled action hereby stipulate and request the Court to approve an extension of time for filing of the Joint Status Report in the above entitled case, from September 26, 2006 until October 6, 2006, and to allow a continuance of the Status Conference currently set for October 10, 2006 until October 23, 2006.

　　　IT IS SO STIPULATED.

Dated:   October 1, 2006　　　　　　　　COURTNEY LAW OFFICES



　　　　　　　　　　　　　　　　　　　　/s/ Sylvia Courtney
　　　　　　　　　　　　　　　　　　　　SYLVIA COURTNEY
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated:   September 26, 2006　　　　　　WEINBERG, ROGER & ROSENFELD


　　　　　　　　　　　　　　　　　　　　/s/David A. Rosenfeld
　　　　　　　　　　　　　　　　　　　　DAVID A. ROSENFELD
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

AMENDED STIPULATION AND ORDER,  Case No. C 2:06-CV-01524-WBS-GGH　　　　　　　　-1-

**ORDER**

Pursuant to the above amended stipulation of the parties, the deadline for filing the parties' Joint Status Report is extended from September 26, 2006 until October 6, 2006, and the Status Conference currently scheduled for October 10, 2006 is continued until October 23, 2006 at 9:00 a.m.

Dated:  October 4, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE